

# NUMBER 13-20-00133-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## On Petition for Writ of Mandamus.

# ORDER

**Before Justices Benavides, Perkes, and Tijerina**
**Order Per Curiam**

Relator, the Office of the Attorney General of Texas (OAG), filed a petition for writ of mandamus and motion for temporary stay in the above cause on March 9, 2020. Through this original proceeding, relator seeks to compel the trial court to vacate or otherwise withdraw its February 12, 2020 order releasing the OAG's child support lien. Through its motion for temporary relief, relator seeks to stay the February 12, 2020 order pending resolution of this original proceeding.

The Court, having examined and fully considered the motion for temporary relief, is of the opinion that the motion should be granted. The motion for temporary relief is

GRANTED and the February 12, 2020 order shall be STAYED pending further order of this Court, or until the case is finally decided. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

The Court requests that the real parties in interest, T.L.D. or B.W.D., or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
9th day of March, 2020.

2